UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF VERMONT

| | | |
|---|---|---|
| ALPS PROPERTY & CASUALTY INSURANCE COMPANY, | : : : | |
| Plaintiff, | : : | |
| v. | : : | Case No. 2:23-cv-56 |
| DARBY KOLTER & ROBERTS, LLP, RICHARD DARBY, RONI W. DONNENFELD, and JOHN H. NORTON, | : : : : | |
| Defendants. | : | |

## ORDER

On or before September 29, 2023, the parties shall jointly prepare and file a discovery schedule in compliance with Local Rule 26(a)(3) and (4). Failure to do so shall constitute a waiver of the need for discovery and the case shall be placed on the trial list.

SO ORDERED.

Dated at Burlington, in the District of Vermont, this 13th day of September 2023.

/s/ William K. Sessions III
William K. Sessions III
U.S. District Judge